February 6, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00067-CV

JAMES BRICKLEY, Appellant

V.

CORRECTION OFFICERS WAGNER, BAILEY, POLITE, SGT. HARTLEY,
SGT. KLEYPAS, AND WARDEN MARTINEZ, Appellees

This cause, an appeal from the judgment in favor of appellees, Correction Officers Wagner, Bailey, Polite, Sgt. Hartley, Sgt. Kleypas, and Warden Martinez, signed, November 30, 2023, was heard on the appellate record. We have inspected the record and have provided appellant an opportunity to cure procedural defects, which he has failed to do. We therefore order the appeal **DISMISSED**.

Since appellant has been found to be indigent, no assessment of costs is made.

We further order this decision certified below for observance.

Judgment Rendered February 6, 2025.

Panel Consists of Justices Chief Justice Brister and Justices Field and Farris. Opinion delivered by Chief Justice Brister.